IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02916-LTB

VICTOR M. VENTURA,

    Applicant,

v.

JAMES FAULK, Warden, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## JUDGMENT
---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 15 day of January, 2013.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/ S. Grimm
                            Deputy Clerk